# United States District Court

DISTRICT OF __the Northern Mariana Islands__

FILED
Clerk
District Court

APR 14 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

v.

IL CHO,
DOB: 8/8/61,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00013-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __IL CHO, DOB: 8/8/61__
<br>Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

**Infringement of a Copyright
Criminal Infringement of a Copyright.**

in violation of Title __17__, United States Code, Section(s) __506__
in violation of Title __18__, United States Code, Section(s) __2319__
and in violation of Title ____, United States Code, Section(s) _____

Bail fixed at $ __100,000.00__  by __/s/ Alex R. Munson__
<br>Name of Judicial Officer

HONORABLE ALEX R. MUNSON
Name of Issuing Officer

/s/ Alex R. Munson
Signature of Issuing officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

SAIPAN, CNMI
Date and Location

| RETURN ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _SAIPAN, MP_ HIGUCHI BUILDING ||||
| DATE RECEIVED 4-10-08 DATE OF ARREST 4-14-08 | NAME AND TITLE OF ARRESTING OFFICER SA JOSEPH E. AUTHOR FBI, SAIPAN || SIGNATURE OF ARRESTING OFFICER |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____