MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00013                                April 14, 2008
                                           11:10 a.m.

**UNITED STATES OF AMERICA  -V- IL CHO and MIN JO**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           MIN JO, DEFENDANT
           DAVID BANES, ATTORNEY FOR MIN JO
           IL CHO, DEFENDANT
           BRUCE BERLINE, COURT APPOINTED ATTORNEY FOR DEFENDANT
           MARAVIC DAVID, ASSISTANT U.S. ATTORNEY

PROCEEDINGS:   INITIAL APPEARANCE

**MIN JO**

Defendant appeared with counsel, Attorney David Banes.  Government was represented by Maravic David, AUSA.

Robert Yu was sworn as interpreter/translator of the Korean language.

Defendant was examined as to his understanding of the charges against him and his right to court appointed counsel if he could not afford counsel. Defendant stated that he wanted to retain his own counsel.

Government moved for release with conditions as set forth in the pretrial report submitted by the U.S. Probation Office.

Court set a preliminary exam hearing for Thursday, May 1, 2008 at 9:30 a.m.

Court stated that the defendant would be released on the following conditions:

1.  That the defendant post a $1,500 bond;

2.  That the defendant be released under the supervision of the U.S. Probation Office;

3.  That he surrender his passport and any travel documents and not obtain a new passport.

4.  That he not leave the island of Saipan without the permission of the court.

5.  That he refrain from possessing a firearm, destructive device, or other dangerous weapons and not have such weapons at his residence;

6.  That he refrain from use or unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner in the CNMI.

7.  That he maintain his residence and not relocate without permission from the court.

9.  That he report as soon as possible, to the pretrial services office, any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop.

**IL CHO**

Defendant appeared with court-appointed counsel, Attorney Bruce Berline.  Government was represented by Maravic David, AUSA.

Alex Tae was sworn as interpreter/translator of the Korean language.

Defendant was examined as to his understanding of the charges against him and his right to court appointed counsel if he could not afford counsel.  Defendant stated that he wished to have an attorney appointed for him.  Court, after review of the financial affidavit, determined that the defendant did qualify for a Court appointed attorney and appointed Attorney Bruce Berline, nunc pro tunc.

Government moved for release with conditions as set forth in the pretrial report submitted by the U.S. Probation Office.

Court set preliminary exam for Thursday, May 1, 2008 at 9:30 a.m.

Court stated that the defendant would be released on the following conditions:

1. That the defendant post a $1,000 secured bond;

2. That the defendant be released under the supervision of the U.S. Probation Office;

3. That he surrender his passport and any travel documents and not obtain a new passport.

4. That he not leave the island of Saipan without the permission of the court;

5. That he refrain from possessing a firearm, destructive device, or other dangerous weapons or to have them where he resides;

6. That he refrain from use or unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner in the CNMI;

7. That he maintain his residence and not relocate without permission from the court;

8. That he report as soon as possible, to the pretrial services office, any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop.

Adjourned at 11:45 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy