FILED
Clerk
District Court

AUG 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
   Horiguchi Building, Third Floor
4  P. O. Box 500377
   Saipan, MP 96950-0377
5  Telephone:   (670) 236-2980
   Fax:         (670) 236-2985
6
   Attorneys for United States of America
7
8                  IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN MARIANA ISLANDS

10 | UNITED STATES OF AMERICA,           )   CRIMINAL CASE NO. 08-00013
                                         )
11 |            Plaintiff,               )
                                         )   **MOTION AND ORDER TO DISMISS**
12 |       vs.                           )   **COMPLAINT**
                                         )
13 | IL CHO,                             )
                                         )
14 |            Defendant.               )
   |_____)

15     The United States respectfully moves for an order dismissing the Complaint in this case as to this

16 defendant. Defendant was subsequently charged by Indictment on April 24, 2008 under Criminal Case

17 No. 08-00015.

18                                         LEONARDO M. RAPADAS
                                           United States Attorney
19                                         District of the Northern Mariana Islands

20 DATED: August 27, 2008
                                  By:      _____
21                                         ERIC S. O'MALLEY
                                           Assistant U.S. Attorney
22

23 SO ORDERED, this 27TH day of August, 2008.

24
        **RECEIVED**                       _____
25                                         ALEX R. MUNSON, CHIEF JUDGE
        AUG 27 2008

Clerk
District Court
The Northern Mariana Islands